Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD J. SIMARI, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Institution, Respondent.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARL COLLINS, Appellant, v. JOHN T. DEEGAN, as Warden of Auburn Prison, Respondent.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE YERDEN, Respondent, v. THOMAS J. MARTIN, as Commissioner of Correction of Onondaga County, Appellant.—

Present — Marsh, J. P., Gabrielli, Moule and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED LA FAY, Appellant, v. JOHN T. DEEGAN, as Warden of Sing Sing Prison, Respondent.—

Present — Marsh, J. P., Gabrielli, Moule and Henry, JJ.